IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JESSICA LYNN CHILDRES                                                               PLAINTIFF

V.                                             NO. 11-2077

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                      DEFENDANT

**J U D G M E N T**

Now on this 9th day of July, 2012, comes on for consideration the Report and Recommendation dated June 18, 2012, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. (Doc. 9). Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses Plaintiff's complaint with prejudice.

IT IS SO ORDERED.

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)